# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

BUSTER NOWELL, JR.,

    Plaintiff,

v.                                CV 217-149

RICHARD V. SPENCER,

    Defendant.

**ORDER**

By Order dated April 3, 2018, the Court gave Plaintiff Buster Nowell, Jr. fourteen (14) days to show good cause why he has not effected service on the Defendant. Dkt. No. 4. The Court warned Nowell that his failure to comply with the Court's Order would result in dismissal of the Complaint. Id. at 2. Nowell responded only by filing a proof of service asserting that he, Nowell, had personally served Defendant. Dkt. No. 7.

Federal Rule of Civil Procedure 4(c)(2) "expressly and clearly prohibits a plaintiff from effectuating service on a defendant." Reading v. United States, 506 F. Supp. 2d 13, 19 (D.D.C. 2007) (citing Fed. R. Civ. P. 4(c)(2)). Because Nowell has failed to show good cause why he has not effected service upon Defendant within the confines of Rule 4, his claims against

AO 72A
(Rev. 8/82)

Defendant are hereby **DISMISSED without prejudice**. Fed. R. Civ. P. 4(m); 12(b)(5). The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this ___ day of March, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA